UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN RODDIE,<br>        Plaintiff,<br><br>    v.<br><br>SWIFT ROCK FINANCIAL, INC., D/B/A<br>WORLD LAW GROUP AND WORLD<br>LAW PLAN,<br>        Defendant. | No. 3:14-cv-00105 (JAM) |

**DEFAULT JUDGMENT**

On October 10, 2014, I conducted an evidentiary hearing regarding plaintiff's motion for default judgment and issued an oral ruling. Plaintiff appeared and testified; defendant did not appear. For the reasons stated on the record, I granted default judgment with respect to Count IV (violation of the Credit Repair Organizations Act, 15 U.S.C. § 1679a *et seq.*) and Count VI (statutory theft under Conn. Gen. Stat. § 52-564).

Having established liability under the Credit Repair Organizations Act, plaintiff is entitled to damages equal to the amount she paid to defendant, or $8,059.49. *See* 15 U.S.C. § 1679g(a). Because defendant is additionally liable for statutory theft under Connecticut law, plaintiff is entitled to treble damages, or $24,178.47. *See* Conn. Gen. Stat. § 52-564. I declined to impose punitive damages. Lastly, I awarded attorneys' fees of $4,150 and costs of $492.41 on the basis of an authenticated itemization of attorney hours and expenses.

The Clerk is directed to enter judgment against defendant in the amount of $24,178.47 in damages, $4,150 in attorneys' fees, and $492.41 in costs—a total of $28,820.88. The Court otherwise declines to exercise supplemental jurisdiction with respect to all other state law claims

set forth in plaintiff's complaint. The Clerk is therefore directed to close the case.

It is so ordered.

Dated at Bridgeport this 14th day of October 2014.

/s/
Jeffrey Alker Meyer
United States District Judge